IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL |
| | : | |
| v. | : | |
| | : | |
| MILTON DEJESUS-BONES | : | NO. 79-61 |

**O R D E R**

AND NOW, this 19th day of November, 2013, having considered the *pro se* motion pursuant to Federal Rule of Civil Procedure 60(b) motion filed by Milton DeJesus-Bones, I hereby **ORDER** that Milton DeJesus-Bones' *pro se* Rule 60(b) motion (Doc. No. 32) is **DENIED**.

A certificate of appealability will not issue because reasonable jurists would not debate the correctness of this procedural ruling. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000); *Morris v. Horn*, 187 F.3d 333, 340-41 (3d Cir. 1999).

/s J. William Ditter, Jr.
J. WILLIAM DITTER, JR., J